**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Emilio Arnoldo ORTIZ–COCA,**
**Defendant–Appellant.**

**No. 08–11055**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Aug. 18, 2009.

Susan B. Cowger, Aaron Wiley, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Jerry V. Beard, Assistant Federal Public Defender, Federal Public Defender's Office, Fort Worth, TX, Laura S. Harper, Federal Public Defender's Office, Dallas, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, DAVIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Emilio Arnoldo Ortiz–Coca presents arguments that he concedes are foreclosed by *United States v. Brown,* 920 F.2d 1212, 1216–17 (5th Cir.1991), *abrogated on other grounds by United States v. Candia,* 454 F.3d 468, 472–73 (5th Cir.2006), which held that a district court may order a term of imprisonment to run consecutively with an unimposed state sentence. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

Appealing the judgment in a criminal case, Cirilo Mancilla–Lopez presents arguments that he concedes are foreclosed by *United States v. Brown,* 920 F.2d 1212, 1216–17 (5th Cir.1991), *abrogated on other grounds by United States v. Candia,* 454 F.3d 468, 472–73 (5th Cir.2006), which held that a district court may order a term of imprisonment to run consecutively with an unimposed state sentence. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.